**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-814-1 |
| | § | |
| ENRIQUE ALVAREZ-SORIA | § | |

**O R D E R**

Defendant Soria filed an unopposed motion for continuance, (Docket Entry No. 32). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. A Rearraignment hearing is set for **May 1, 2012, at 10:00 a.m.**

SIGNED on March 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge